UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PHYLLIS D. NOBLE,**

    **Plaintiff,**

v.                                                   Case No. 3:24cv66-TKW-ZCB

**FRANK KENDALL,** Secretary of
the Air Force**,**

    **Defendant.**
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of service.  Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED without prejudice** under Fed. R. Civ. P. 4(m) for lack of service.

    3.    The Clerk shall close the file.

**DONE and ORDERED** this 30th day of September, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**